

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

(212) 416-8599

August 24, 2017

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>*Rosa v. Wiand, et al.*, 16-cv-8323 (PAE)</u>

Dear Judge Engelmayer:

    This Office represents defendants Wiand, Phipps, Murdoch, Eddy, Gammone, Childress, and Cerrato in the above-referenced case. I am pleased to report that the parties have reached an amicable settlement of this case and executed a stipulation of settlement. Pursuant to SDNY ECF Rule 18.2, I have emailed the signed stipulation of settlement to the Orders and Judgements Clerk to be So-Ordered by Your Honor.

    Respectfully submitted,

    _____/s/_____
    Kacie A. Lally
    Assistant Attorney General
    (212) 416-8599
    Kacie.lally@ag.ny.gov